```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ILIANA LOPEZ, On Behalf of Herself and All Others                :
Similarly Situated,                                              :
                                                                 :
                              Plaintiff,                         :     23 Civ. 1952 (JPC)
                                                                 :
                 -v-                                             :     ORDER
                                                                 :
ANYTHING IN STAINED GLASS, INC.,                                 :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On May 12, 2023, the Court granted a second extension of time for Defendant to respond to the Complaint until June 12, 2023. Dkt. 9. Defendant has not responded to the Complaint. Therefore, Defendant shall file its answer by June 23, 2023. If Defendant fails to do so, the Court will order Plaintiff to move for a default judgment.

SO ORDERED.

Dated: June 20, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge